RECEIVED
FEB 29 2016
U.S. District Court
Eastern District of MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARRIE WALTON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs ) | Cause No:_____ |
| ) | |
| Hathaway Village Partners, LLC ) | |
| Anita Chimento ) | |
| Mary Hawkins ) | |
| Valerie Davis ) | |
| Anthony Irving ) | |
| ) | |
| Et Al ) | |
| ) | |
| Defendants ) | |

## PLAINTIFF PETITION /MOTION TO COURT FOR ENLARGEMENT OF TIME TO PERFECT PETITION AND PLEADINGS AND TO OBTAIN A BOARD CERTIFIED ATTORNEY TO REPRESENT PLAINTIFF IN THIS CAUSE

COMES NOW Plaintiff, Darrie Walton, and files this petition/motion with the court requesting an enlargement of time from February 29, 2016 until May 30, 2016 to obtain legal counsel. Plaintiff is disabled, low income. It will take Plaintiff a few once a month obtained disability checks to set aside money for an attorney. Plaintiff has been disparaged. defamed, slandered and smeared in Public record by Defendants. These millionaires did not care how they achieved a positive outcome of a Missouri Commission on Human Rights and Housing and Urban Development investigation. They made blanket statements with no specifics and Plaintiff did not see the investigative file where she could deal with the specifics until after February 7, 2016
**[ATTACHMENT A].**

Obtaining legal counsel will allow a board certified attorney to enter his appearance on behalf of Plaintiff. He can then condense the brief, address all legal issues included and excluded by Plaintiff. The Board Certified attorney can Perfect the Pleadings and condense Plaintiff's lengthy statements to the court as stated in COUNTS I-VII. Plaintiff has resided at Hathaway Village Apartments since 2002 without the issues she has been accused of from Property Manager Davis and current owners. Defendants took a one time incident, extended and exaggerated the situation for the time period they commenced ownership of these apartments. Plaintiff will fight these false allegations. A Board Certified attorney can establish law and precedence.

PLAINTIFF IS NOT IN ST. LOUIS. SHE WILL BE RETURNING TO ST. LOUIS BY FEBRUARY 29, 2016. TO PRESERVE TIMELINESS ISSUE IN THE FILING PROCESS PLAINTIFF HAS MAILED HER CAUSE TO THE CLERK OF THE COURT FOR DOCUMENTING AND ASSIGNMENT OF CAUSE NUMBER. ALL FEES AND FILING COSTS WILL BE MADE BY MARCH 1, 2016 IN PERSON. PLAINTIFF'S HEALTH IS NOT WELL AND THIS MATTER HAS CAUSED HER FURTHER DETERIORATION OF HEALTH.

NOTARY *Carol J Burton*

CAROL J. BURTON
Notary Public-Notary Seal
State of Missouri, Greene County
Commission # 12553804
My Commission Expires May 21, 2016

Respectfully,

*Darrie Walton 2/23/16*

Darrie Walton
11490 LaTonka Trail Apt D
Florissant, MO 63033
314-741-6521