**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| DARRIE WALTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:16-cv-00269-JCH |
| | ) | |
| HATHAWAY VILLAGE | ) | |
| PARTNERS, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on Plaintiff Darrie Walton's Motion to Court for Enlargement of Time to Perfect Petition and Pleadings and to Obtain a Board Certified Attorney. (ECF No. 3.)

Upon consideration, the Court will deny Plaintiff's Motion without prejudice. Plaintiff may seek to file a renewed motion to amend her pleadings once she has obtained counsel.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Court for Enlargement of Time to Perfect Petition and Pleadings and to Obtain a Board Certified Attorney (ECF No. 3) is **DENIED without prejudice**.

Dated this 11th day of March, 2016.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE