IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARRIE WALTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 4:16-cv-00269-JCH |
| v. | ) |
| | ) Jury Trial Demanded |
| HATHAWAY VILLAGE PARTNERS, LLC, | ) |
| ANITA CHIMENTO, | ) |
| MARY HAWKINS, | ) |
| VALERIE DAVIS, | ) |
| ANTHONY IRVING, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

COME NOW Martin J. Buckley of Buckley & Buckley, L.L.C. and hereby enters his appearance on behalf of Hathaway Village Partners, LLC, Anita Chimento, Mary Hawkins, Valerie Davis, and Anthony Irving.

**BUCKLEY & BUCKLEY, L.L.C.**

By: /s/ Martin J. Buckley
Martin J. Buckley   #37000MO
1139 Olive St., Ste. 800
St. Louis, MO 63101
Telephone: (314) 621-3434
Facsimile: (314) 621-3485
mbuckley@buckleylawllc.com
Gspence@buckleylawllc.com
Sulser@buckleylawllc.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this <u>3rd</u> day of May, 2016, a copy of the above and forgoing was sent via U.S. Mail, postage prepaid to: Ms. Darrie Walton, 11490 LaTonka Trail, Apt. D, Florissant, MO 63033.

                                          <u>/s/ Martin J. Buckley</u>