RECEIVED
MAY 11 2016
BY MAIL

FILED
MAY 11 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARRIE WALTON, | ) |
| Plaintiff | ) |
| vs | ) Cause No: 4:16-cv-00269-JCH |
| Hathaway Village Partners, LLC<br>Anita Chimento<br>Mary Hawkins<br>Valerie Davis<br>Anthony Irving | ) |
| Et Al | ) |
| Defendants | ) |

## PLAINTIFF'S MEMORANDUM TO COURT REGARDING PROCESS AND PROCEDURES

COMES NOW Plaintiff, Darrie Walton, to acknowledge receipt of Order dated April 29th, 2016. Plaintiff appreciates the court for alleviating this stressor from her. Plaintiff was attempting to teach herself to research law which was turning out to be mind-boggling and creating more depression. Attorney noted on Order has contacted Plaintiff and is out of town until May 16, 2016. Plaintiff has finally been contacted by Co Counsel Jackson and will meet with her in the p.m. on May 9, 2016.

In the meantime, Plaintiff has received another entry of appearance letter from the Buckley & Buckley law firm **[PLAINTIFF EXHIBIT Z]** on May 5, 2016 from Martin Buckley entering his appearance on May 3, 2016. Again Plaintiff objects to the time frame the entry of appearances have been documented to record. Plaintiff's belief is that before the attorney can send any response on behalf of client that requires signature, he/she must document their entry of appearance with the court **first**. This firm has not procedurally met requirements and could/should not be allowed to answer for Avery and

Fink with regards to the April 11, 2016 response brief to Plaintiff's complaint filed February 29, 2016 with the USDC.

From this point forward, there should be no more correspondence, Motions, or filings by Plaintiff on this matter. Per Order of the court, there is now an attorney assigned to this complaint. Plaintiff knows that if she got the Order, then Buckley and Buckley received this Order, also; and likewise, should not be sending any further correspondence to Plaintiff on this complaint, but rather to the attorney appointed by Court Order.

Plaintiff will inquire with attorney, if her request for Stay of Tenancy can be refilled with the court, in the proper procedure and format. Plaintiff has lived here since 2002 and is low income. Current Owners have been here since 2010. Finding a place to go that is financially affordable is not easy with moving expenses, off-site storage unit necessity, new resident security fees, and up front rent costs is not feasible. Plaintiff needs time.

Respectfully,
Signature: *[signed]*
Darrie Walton
11490 Latonka Trail Apt D
Florissant, Mo. 63033
314-741-6521

# CERTIFICATE OF SERVICE

The undersigned PRO SE, hereby certifies that I, have caused the attached Memorandum to the Court to be filed on May 9, 2016:

**CERTIFIED to:**

Clerk of the Court
United States District Court
Eastern District Of Missouri
111 S Tenth Street Suite 3.300
St. Louis, Mo. 63102

**REGULAR mail to:**

Attorney Mark Avery
and
Attorney Chantal Fink
Blitz, Bardgett, & Deutsch, L.C.
120 S. Central Ave. Ste. 1500
St. Louis, Mo. 63105
314-863-1500

Martin J. Buckley
Graham J. Spence
Adrian Sulser
Attorneys at Law
Buckley & Buckley, L.L.C.
Suite 800
1139 Olive Street
St. Louis, Mo. 63101-1928

Signature: _____ 5/9/16
Darrie Walton, Pro Se
11490 Latonka Trail Apartment D
Florissant, Mo. 63033
314-741-6521

3

Plaintiff Exhibit Z

Plaintiff Exhibit Z

Mailed 5/3/16 from Buckley & Buckley to Plaintiff

Rec'd in mail 5/5/16
Pl Exhibit Z-1

**BUCKLEY & BUCKLEY, L.L.C.**
**ATTORNEYS AT LAW**
SUITE 800
1139 OLIVE STREET
ST. LOUIS, MISSOURI 63101-1928



neopost
05/03/2016
US POSTAGE

FIRST-CLASS MAIL
$00.46⁵

ZIP 63101
041L13811829

Ms. Darrie Walton
11490 LaTonka Trail
Apt. D
Florissant, MO 63033

63033-754676

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this <u>3rd</u> day of May, 2016, a copy of the above and forgoing was sent via U.S. Mail, postage prepaid to: Ms. Darrie Walton, 11490 LaTonka Trail, Apt. D, Florissant, MO 63033.

/s/ Martin J. Buckley

Pl Exhibit Z-3